165 A.3d 469

**PRIESTER**

v.

**BALTIMORE CO.**

**Pet. Docket No. 115, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Petition for writ of certiorari denied

■

165 A.3d 469

**REIL, Avery Justin**

v.

**STATE of Maryland**

**Pet. Docket No. 77, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 335, Sept. Term, 2016).

Petition for writ of certiorari denied